UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| DIXIE PELLETS, LLC, | ) | Case No. _____ |
| | ) | |
|     Debtor. | ) | |
| | ) | |
| Dr. Charles Bates, et al | ) | |
| | ) | |
|     Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Adversary Proceeding: 09-01136 |
| | ) | |
| Harbert DP, LLC, Harbert Power, LLC, Dixie Pellets, LLC, Harbert management, LLC, Harbert Power Fund III, LLC, Wayne Nelson, Pat Molony, and Russell Martin, et al. | ) | |
| | ) | |
|     Defendants. | ) | |

## NOTICE OF APPEARANCE
## AND REQUEST FOR NOTICES AND PAPERS

PLEASE TAKE NOTICE that Andrew P. Campbell hereby enters an appearance as attorney for Dr. Charles Bates, Joyce Duck, Belinda B. Early, Kenneth G. Elzinga, Fernand Baruch, Jr. IRA by and through its custodian Entrust MidAtlantic, LLC; Brigitte Schmidt-Ullrich, IRS By and through its custodian Entrust MidAtlantic, LLC; Jean Freitag, The C. Garland Hagen Rev Trust by and through its trustee C. Garland Hagen, GTC Partners, LLC, Kristian M. Gathright, Donovan L. Graham, Wilma C. Graham, Martha D. Hartmann-Harlan, Stephanie R. Holt, B. Stuart Holt, III, Kathryn C. Huck, Douglas H. Ludeman, Jr., Andrew Malloy, Irene Malloy, Robert C. Metcalf, Susan T. Miner, Jane C. Nolan, P. Bradley Nott, Jr., Jane T. Nott,    Piper Investments, LLC, Alexander K. Scott, Karen Scott, The Smith Living

Trust by and through its Trustees Robert L. Smith and Betsy G. Smith; Peter A. Trost, III, Doug Wallace, Joanne Wallace, John M. Weiser, Teri L. Weiser, Gary N. Witthoefft and Diane Perry who are minority equity holders, plaintiffs in a pending lawsuit against Dixie Pellets, LLC in Dallas County, Alabama and parties in interest in the above-captioned bankruptcy case. The undersigned attorney hereby enters this Notice of Appearance pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and requests copies of all notices and pleadings pursuant to Rules 2002(a), (b), and (f) and 3017(a) of the Bankruptcy Rules. All notices should be addressed as follows:

Andrew P. Campbell, Esq.
LEITMAN, SIEGAL, PAYNE & CAMPBELL, P.C.
2100 SouthBridge Parkway, Suite 450
Birmingham, AL 35209
Phone: (205) 803-0051
Fax: (205) 803-0053
gbrockwell@lspclaw.com

PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing includes not only notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, order, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand delivery, telegraph, telex, facsimile, or otherwise filed with regard to the above case and proceedings therein.

DATED this 21st day of January, 2010.

Respectfully submitted,

/s/ Andrew P. Campbell
Attorney for the Plaintiffs

**OF COUNSEL:**

LEITMAN, SIEGAL, PAYNE & CAMPBELL, P.C.
2100A SouthBridge Parkway, Suite 450
Birmingham, AL 35209
Telephone: (205) 803-0051
Fax: (205) 803-0053

**CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of January, 2010, I have served a copy of the above and foregoing on the following, by placing a copy of same in the United States mail, properly addressed, first class postage prepaid.

| | |
|---|---|
| Jay Bender | jaybender@babc.com |
| Chris Hawkins | chawkins@babc.com |
| Jennifer Harris Henderson | jhenderson@babc.com |
| Bradley, Arant, Boult & Cummings, LLC | |
| One Federal Place | |
| 1819 Fifth Avenue North | |
| Birmingham, AL 35203 | |

| | |
|---|---|
| E. Glenn Waldrop, Jr. | gwaldrop@lightfootlaw.com |
| David R. Pruet, III | dpruet@lightfootlaw.com |
| Mitchell S. Ryan | mryan@lightfootlaw.com |
| LIGHTFOOT, FRANKLIN & WHITE, L.L.C. | |
| The Clark Building | |
| 400 North 20th Street | |
| Birmingham, AL 35203 | |
| (205) 581-0700 | |
| (205) 581-0799 (fax) | |

/s/ Andrew P. Campbell
Of Counsel